497 P.2d 743

Severino MARTINEZ, dba Severino Martinez Construction Company, also dba Severino Construction Company, Petitioner,

v.

Franklin JONES, Commissioner of Revenue, Respondent.

No. 9492.

Supreme Court of New Mexico.

June 9, 1972.

Further ordered that the record in Court of Appeals Cause No. 715, 83 N.M. 722, 497 P.2d 233, be and the same is hereby returned to the Clerk of the Court of Appeals.

497 P.2d 743

Juan VALDEZ, Petitioner,

v.

STATE of New Mexico, Respondent.

No. 9432.

Supreme Court of New Mexico.

June 9, 1972.

Ordered that the record in Court of Appeals Cause No. 490, 83 N.M. 632, 495 P.2d 1079, be and the same is hereby returned to the Clerk of the Court of Appeals.